UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL S SCHMAUCH and ERIKA K SCHMAUCH, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | C18-1641 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion to remand, docket no. 10, is GRANTED. The Court DECLINES, however, to award attorney's fees or costs to plaintiffs under 28 U.S.C. § 1447(c).

(2) The Clerk is DIRECTED to remand this matter to the King County Superior Court, effective fourteen (14) days after the date of this Minute Order, and to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of January, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1